Gerhard Habben, Appellant, v. Vern Robertson, Appellee.

Gen. No. 9,540. 

 opinion filed June 28, 1940. Pallissard & Smith, for appellant; Malo & Bell and Arthur Bohn, for appellee. Opinion by PRESIDING JUSTICE WOLFE. "Not to be published in full."

Herbert C. Whitman, Respondent, v. Arthur B. Cook, Petitioner.

Gen. No. 9,548. 

 opinion filed June 28, 1940. Sig. B. Nelson and Burrel Barash, for petitioner; Hardy, Hardy & Witherell and Alvah S. Green, for respondent. Opinion by PRESIDING JUSTICE WOLFE. "Not to be published in full."